Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 3

| |
|---|
| Echjay Forgings Pvt. td. |
| |
| **Plaintiff,** |
| v. |
| UNITED STATES, |
| **Defendant.** |

S U M M O N S

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Echjay Forgings Pvt. Ltd.. foreign producerf subject merchandise, interested party per 19 USC §1677(9)(A),, participated in the administrative review. Standing:r 28 USC §2631(c) & 19 USC §1516a(a)(2)
   (Name and standing of plaintiff)

2. U.S. Department of Commerce, International Trade Administration, final decision, antidumping administrative review of stainless steel flanges from India, 2019-20, 87 Fed. Reg. 27568 (May 9, 2022)
   (Brief description of contested determination)

3. May 9, 2022
   (Date of determination)

4. May 9, 2022
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Peter Koenig
Signature of Plaintiff's Attorney

June 8, 2022
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Peter Koenig, Squire Patton Boggs, 2550 M Street, NW, Washington DC, 202 669 1901, peter.koenig@squirepb.com

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)