# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ECHJAY FORGINGS PVT. LTD<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 22-00172<br>**COMPLAINT** |

## COMPLAINT

Plaintiff Echjay Forgings Pvt. Ltd. states as follows:

1. Plaintiff seeks judicial review of the final results of the second administrative review of the antidumping duty order on stainless steel flanges from India, covering the period October 1, 2019 to September 30, 2020, issued by the U.S. Department of Commerce ("Commerce"). *See Stainless Steel Flanges from India: Final Results of Antidumping Duty Administrative Review; 2019-2020,* 87 Fed. Reg. 27568 (May 9, 2022) *("Final Results"),* and its referenced accompanying Issues and Decision Memorandum.

## JURISDICTION

2. Plaintiff brings this action pursuant to section 516A(a)(2)(i)(1) of the Tariff Act of 1930, as amended (the "Tariff Act"), 19 U.S.C. § 1516a(a)(2)(A)(i)( I ), to examine a periodic review determination by Commerce, described in section 516A(a)(2)(B)(iii) of the Tariff Act, 19 U.S.C. § 1516a(a)(2)(B)(iii). This Court has subject-matter jurisdiction by reason of 28 U.S.C. § 1581(c).

## STANDING

3. Plaintiff is a foreign producer and exporter of stainless steel flanges, the subject merchandise at issue in this action. Therefore, Plaintiff is "interested party" within the meaning of Section 771(9)(A) of the Tariff Act, 19 U.S.C. § 1677(9)(A).

4. Plaintiff participated in the underlying proceeding giving rise to this action and, therefore, is a "party to the proceeding in connection with which the matter arises" under 19 U.S.C. § 1516a(a)(2)(A).

5. As an interested party who was a party to the underlying proceeding, Plaintiff has standing to commence this action pursuant to section 516A(d) of the Tariff Act, and 28 U.S.C. § 2631(c), and (k)(1).

## TIMELINESS OF THE ACTION

6. Commerce published notice of the contested *Final Results* in the <u>Federal Register</u> on May 9, 2022. Accordingly, this action has been commenced within the period specified in 19 U.S.C. §§ 1516a(a)(2)(A) and Rule 3(b)(2) of this Court's rules as to the prior filing of the summons and now the complaint.

## PROCEDURAL HISTORY

7. The procedural history is discussed in the *Final Results*.

## STATEMENT OF CLAIMS

8. Commerce's decision not to include Echjay in the "all other" rate is unsupported by substantial evidence and otherwise not in accordance with law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court

(1) hold that the *Final Results* are unsupported by substantial evidence and are otherwise not in accordance with law;

(2) remand this matter to Commerce for disposition consistent with the final order of this Court; and

(3) provide such other relief as this Court deems just and proper;

Respectfully submitted,

*/s/ Peter Koenig*

Peter Koenig
Squire Patton Boggs
2550 M Street NW
Washington DC 20036
202 669 1901; peter.koenig@squirepb.com

Dated: July 8, 2022

**CERTIFICATE OF SERVICE**

    Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on July 8, 2022, copies of Plaintiffs' Complaint were served on the following parties:

| | |
|---|---|
| Office of Chief Counsel for Trade<br>Enforcement & Compliance<br>U.S. Department of Commerce<br>1401 Constitution Avenue, NW<br>Room 3627<br>Washington, DC 20230-0001 | Daniel B. Pickard, Esq.<br>Representative of Coalition of American<br>Flange Producers and its individual members:<br>Core Pipe Products, Inc. and Maass Flange<br>Corporation<br>Wiley Rein LLP<br>1776 K Street, NW<br>Washington, DC 20006 |
| Dhanish Doshi<br>Echjay Forgings Private Limited<br>603-604, Raheja Chambers<br>213 Backbay Reclamation<br>Nariman Point, Mumbai<br>Maharashta, India | Arpit Bhargava<br>Representative of Chandan Steel Limited<br>SBA Strategy Consulting LLP<br>1 "Vishwa Shila"<br>Pareek College Road<br>Bani Park Jaipur - 302016<br>India |
| Yuvraj Malhotra<br>Hilton Metal Forging Limited<br>701, Palmspring, Palmcourt Complex<br>Link Road, Malad - West<br>Mumbai - 400064<br>Maharashtra, India | |
| Akansha Garg<br>Chandan<br>SBA Strategy Consulting LLP<br>50, First Floor, Dhuleshwar Garden, Jaipur,<br>Rajasthan (India)- 302001 |       */s/ Peter Koenig*<br>Peter Koenig |