UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **ECHJAY FORGINGS PVT. LTD,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES OF AMERICA,**<br><br>            **Defendant,**<br><br>    v.<br><br>**COALITION OF AMERICAN FLANGE PRODUCERS,**<br><br>            **Defendant-Intervenor.** | **Court No. 22-00172** |

## COALITION OF AMERICAN FLANGE PRODUCERS' MOTION TO WITHDRAW AS DEFENDANT-INTERVENOR

The Coalition of American Flange Producers ("Coalition") hereby moves to withdraw from the above-captioned proceeding as Defendant-Intervenor. The Coalition no longer has an interest in the current appeal. Therefore, the Coalition respectfully requests that the Court grant this motion and permit the Coalition to withdraw as Defendant-Intervenor in this action.

Respectfully submitted,

/s/ Daniel B. Pickard
Daniel B. Pickard
Buchanan Ingersoll & Rooney PC
700 K St. N.W., Suite 300
Washington DC 20006-3807

*Counsel for the Coalition of American Flange Producers*

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **ECHJAY FORGINGS PVT. LTD,**<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　　**Defendant,**<br><br>　v.<br><br>**COALITION OF AMERICAN FLANGE PRODUCERS,**<br><br>　　　　　**Defendant-Intervenor.** | **Court No. 22-00172** |

## **ORDER**

Upon consideration of the Coalition of American Flange Producers' ("Coalition") Motion to Withdraw, it is hereby **ORDERED** that the motion is **GRANTED**, and the Coalition's position as Defendant-Intervenor is **TERMINATED**.

BY THE COURT:

_____