## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **ECHJAY FORGINGS PVT. LTD,**<br><br>        Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>        Defendant,<br><br>v.<br><br>**COALITION OF AMERICAN FLANGE PRODUCERS,**<br><br>        Defendant-Intervenor. | Court No. 22-00172 |

### ORDER

Upon consideration of the Coalition of American Flange Producers' ("Coalition") Motion to Withdraw, it is hereby **ORDERED** that the motion is **GRANTED**, and the Coalition's position as Defendant-Intervenor is **TERMINATED**.

BY THE COURT:

/S/ Jane A. Restani
Jane A. Restani, Judge