UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 8A

| | |
|---|---|
| ECHJAY FORGINGS PVT LTD,<br><br>                                        Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                                        Defendant. | Court No. 22-00172 |

## STIPULATION OF DISMISSAL

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated:  January 24, 2023

                                          */s/ Peter Koenig*
                                          Attorney for Plaintiff

                                          2550 M Street, NW
                                          Street Address

                                          Washington, DC  20037
                                          City, State and Zip Code

                                          202-669-1901
                                          Telephone No.

                                          /s/Geoffrey M. Long
                                          Attorney for Defendant

                                          U.S. Dep't of Justice, P.O. Box 480, Ben Franklin Station
                                          Street Address

                                          Washington, DC 20044
                                          City, State and Zip Code

                                          (202)307-0159
                                          Telephone No.

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| No others. | |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                   Clerk, U. S. Court of International Trade

             By: _____
                   Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)

368