UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 8A

| | |
|---|---|
| ECHJAY FORGINGS PVT LTD,<br><br>                                              Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                                              Defendant. | Court No. 22-00172 |

**STIPULATION OF DISMISSAL**

  **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: January 24, 2023

          */s/ Peter Koenig*
          Attorney for Plaintiff
          2550 M Street, NW
          Street Address
          Washington, DC 20037
          City, State and Zip Code
          202-669-1901
          Telephone No.

          /s/Geoffrey M. Long
          Attorney for Defendant
          U.S. Dep't of Justice, P.O. Box 480, Ben Franklin Station
          Street Address
          Washington, DC 20044
          City, State and Zip Code
          (202)307-0159
          Telephone No.

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| No others. | |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: January 25, 2023

Clerk, U. S. Court of International Trade

By: /s/   Geoffrey Goell
       Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)

368